Joseph A. Camp. P01102062
Jefferson County Jail
Post Office Box: 16700
Golden, Colorado 80402

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

In the Matter of Joseph Jojo Camp's Request For An Order to Jefferson Combined Court To Produce Document Required For Removal.

MOTION FOR ORDER PURSUANT TO 28 U.S.C. §1455(a), IN AN EFFORT TO PERFECT MY MOTION FOR REMOVAL TO FEDERAL COURT PURSUANT TO THE FIRST PART OF 28 U.S.C. §1455(a) &

MOTION FOR ORDER PURSUANT TO THE SECOND PART OF 28 U.S.C. §1455(a)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 21 2016
JEFFREY P. COLWELL
CLERK

COMES NOW, Joseph A. Camp, pro se, and seeks an order of this court pursuant to 28 U.S.C. §1455(a)'s second half, that requires petitioner to provide the court in his 28 U.S.C. §1455(a) motion to remove a state court criminal matter to Federal Court with

a.) "a short and plain statement of the grounds for removal, <u>together</u> with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action."

(underline added), and for reasons stated, directed to state court,

b.) The state matter being sought to remove is titled PEOPLE v. CAMP, #16-CR-2597, Jefferson County, Colorado.

2.) The Court has been uncooperative with defendants requests for copies of the pleadings, orders, process, transcripts, etc. that is required to be attached

-1-

to the Motion for Removal.

3.) Out of an abundance of caution, and/or little resources, the State Public Defender has not made available the required attachments.

4.) The grounds for removal are based on Constitutionality, and federal questions, and defendant attests that he will make a good cause showing that will permit removal, upon reciept of and use of, by way of a brief plain and short statement why removal is correct.

5.) The prejudice, bias, and unconstitutional conduct at the state level that will be explained in the short and plain statement of the Motion to Remove requires this Court to intervene even prior to the motion, just so that all statutory requirements are met for the motion.

6.) Defendant has not yet been to trial (28 U.S.C. §1455(i)) which will be many months off, nor arrainged (28 U.S.C. §1455(i)) under Colorado statute (set for Oct. 11, 2016 at 0800).

7.) Defendant/Petitioner requests transcripts from Aug 10, 2016, Aug. 16, 2016, and Sept. 16, 2016, together with motions, Appeals, orders and all the required documents and material needed to be provided to him specifically, as his Public Defender can not leave material with him as a matter of policy to mitigate against jailhouse informants, so that he can perfect the motion as statutorily complete as possible

WHEREFORE, Pursuant to 28 U.S.C. §1455(a), Joseph A. Camp, pro se seeks an order demanding the Jefferson Combined Courts to produce all documents and material and transcripts needed for his Motion to Remove, and deliver said material prior to experation of statutory time limits for filing said 28 USC 1455 Notice
RESPECTFULLY REQUESTED

JOSEPH A CAMP

Joseph A. Camp. P0110 2062
Post Office Box: 16700
Golden, Colorado 80402

Clerk
U.S. District Court
District of Colorado
901 - 19th St. #A-105
Denver, Colorado. 80294

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2016

JEFFREY P. COLWELL
CLERK

Dear Clerk,                               9/18/16

I have attempted to obtain the statutory required material from the State Court in Jefferson County, to perfect my 28 USC §1455 notice to remove a State Criminal matter to the federal Courts, to no avail. I am now seeking by way of the enclosed, an Order of the Federal Court to the State Court, to produce the statutory required material to me, in a timely manner as perscribed by statute (30 days after arraignment on Oct. 11, 2016 is the experation) so that I can file my actual 28 USC §1455 notice accurately and timely and Completely.

Thanking you for your docketing this motion, and premithing me the case #, and any additional steps needed to prosecute this request prior to my actual filing of 28 USC §1455(a) Notice.

RESPECTFULLY
[signature]