```
U.S. POSTAGE >> PITNEY BOWES
PRESORTED FIRST CLASS
ZIP 80420
02 1W
0001393118 SEP. 19 2016
$ 000.39
```

Joseph A. Camp, P01103062
Jefferson County Jail
Post Office Box: 16700
Golden, Colorado 80402

UNCENSORED
INMATE MAIL
9/18/2016

**INDIGENT LEGAL MAIL**

United States District Court
For The District of Colorado
901 - 19TH Street, Room A-105
Denver, Colorado 80294